# EXHIBIT 1 - Complaint

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-441-236

**Effective Date of Registration:**
December 30, 2024
**Registration Decision Date:**
April 11, 2025

---

## Title

**Title of Work:** Seamless pattern of different types of breedsdrawndogsillustration vector with the inscription I love dogs and bonesonawhite background

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** March 05, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Liubov Babaeva
  **Author Created:** photograph, 2-D artwork
  **Citizen of:** Ukraine
  **Domiciled in:** Ukraine
  **Anonymous:** No

## Copyright Claimant

**Copyright Claimant:** Sci Spark LLC
8 The Green, Suite B, Dover, DE, 19901, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Sci Spark LLC
**Address:** 8 The Green, Suite B
Dover, DE 19901 United States

## Certification

Page 1 of 2



# COPYRIGHT TRANSFER AGREEMENT

This Copyright Transfer Agreement (the "Agreement") is entered into on [ 12/17/2024 ] by and between:

**[Liubov Babaeva]**, with a place of mailing at [Ukraine,Kyiv,Metrolohichna str.109,Apt.70] (hereinafter referred to as the "Copyright Owner"), and

**[Sci Spark LLC]**, a company incorporated in the United States with its principal place of business at [8 The Green Suite B,Dover, DE 19901,