UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCI SPARK LLC,<br><br>      Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>      Defendants. | Case No. 25-cv-1475<br><br>**Judge Hon. W. Scott Hardy** |

## STATUS REPORT

Plaintiff Sci Spark, LLC ("Plaintiff"), by and through its undersigned counsel, submits this Status Report pursuant to the Court's Order dated September 26, 2025, at Docket No. 20, requiring Plaintiff to supplement the record, and states the following:

Plaintiff has received the necessary discovery to supplement the record regarding the amounts restrained by the current Temporary Restraining Order. Dkt. No. 19. Currently restrained through Temu is a total of $102,622.48; none of the restrained accounts contain more than $10,000. Currently restrained through Walmart is a total of $17,705.24; none of the restrained accounts contain more than $10,000. Currently restrained through Amazon is a total of $1,726,633.72. Defendants DOEs 172, 201, who currently have less than $10,000, have been excepted from Plaintiff's proposed preliminary injunction as the parties continue to work toward settlement. The Defendants who currently have more than $10,000 restrained are listed in the table below:

| DOE | Defendant | Amount Restrained | Status of Settlement |
|---|---|---|---|
| 3 | Aflyko | $25,180.58 | n/a |
| 21 | BlessLiving Home | $32,188.27 | n/a |
| 30 | Castle Fairy | $161,806.88 | Settlement reached. |
| 38 | DDCBNS | $14,132.92 | n/a |
| 46 | erosebridal | $300,000.00 | n/a |
| 49 | fanhan-costume | $10,876.93 | n/a |
| 52 | FLildon | $11,220.38 | n/a |
| 58 | Glaphy | $15,296.58 | n/a |
| 75 | JUMBEAR | $16,966.25 | n/a |
| 76 | KANEPE | $10,761.96 | n/a |
| 86 | manfei | $99,386.47 | Settlement reached. |
| 92 | mrmian | $197,244.23 | n/a |
| 93 | muishibaby | $10,116.96 | n/a |
| 101 | Oukai Mall | $10,928.66 | n/a |
| 104 | QQMARKET | $12,017.24 | n/a |
| 125 | Wajade US | $33,245.66 | n/a |
| 126 | weitaofushi | $12,812.06 | n/a |
| 131 | XIBAODAN | $10,952.82 | n/a |
| 143 | Yisharuier | $89,629.41 | Settlement reached. |
| 146 | Ysidec | $11,682.45 | n/a |
| 147 | Yuihome | $12,878.16 | n/a |

| 148 | zanlin | $300,000.00 | Settlement reached. |
|---|---|---|---|
| 150 | Zengzhifengbaihuojingying | $12,918.01 | n/a |

Date: October 23, 2025

Respectfully submitted,

By: */s/ Michael Mitchell*
Michael Mitchell IL 6324363
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: mmitchell@whitewoodlaw.com

*Counsel for Plaintiff*