IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCI SPARK LLC,<br><br>       Plaintiff,<br><br>     v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>       Defendants. | Civil Action No. 25-cv-1475<br><br>Judge Hardy<br><br>**FILED UNDER SEAL** |

**HEARING MEMO ON SHOW CAUSE HEARING**

Before Judge W. Scott Hardy

Appeared for Plaintiff:        Appeared for Defendants:

Michael Mitchell, Esq.         N/A

Hearing begun  10/24/25 at 10:00 a.m.  Hearing adjourned to  N/A
Hearing concluded  10/24/25 at 10:08 a.m.  Stenographer  M. Moore
                       Clerk: K. Sheets

The Court held a Show Cause Hearing pursuant to the Temporary Restraining Order entered previously in this matter. Despite being properly served, no appearances were entered on behalf of Defendants and no one appeared during today's proceedings. After careful consideration of the record, the Court entered the proposed Preliminary Injunction Order.

An appropriate Order will follow.