UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SCI SPARK LLC,

    Plaintiff,

v.

365LIVEYG, et al.,

    Defendants.

Case No. 2:25-cv-1475

**Judge Hon. W. Scott Hardy**

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| ALUIVDEN | 5 |
| Boston Jard Fshion Company | 27 |
| Castle Fairy | 30 |
| Greathope | 61 |
| guangzhoulingdaishangmaoyouxiangongsi | 62 |
| JUAMA | 74 |
| manfei | 86 |
| Movqaiw | 91 |
| NJNT | 97 |
| OLUSENMO | 100 |
| Shuhe | 116 |
| shuofengshangmaoyouxiangongsi | 117 |
| YIKEUU | 142 |
| Yisharuier | 143 |
| zanlin | 148 |
| zhongji | 153 |
| Erosebridal Creative Home Decoration | 172 |
| HOMEjiaju | 183 |

1

| | |
|---|---|
| Reayou Home Decor | 201 |
| Sunton Beauty | 208 |
| Swallow Willow | 209 |
| xioatuantuan | 223 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Date: November 3, 2025                                    Respectfully submitted,

By: /s/ Keaton Smith
Keaton Smith IL #6347736
Shengmao (Sam) Mu NY #5707021
Abby Neu IL #6327370
Michael Mitchell IL #6324363
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (872) 294-3799
Email: ksmith@whitewoodlaw.com

*Counsel for Plaintiff*