UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCI SPARK LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>365LIVEYG, et al.,<br><br>　　　　Defendants. | Case No. 2:25-cv-1475<br><br>**Judge Hon. W. Scott Hardy** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| Hulaaque | 68 |
| LLRline | 81 |
| muishibaby | 93 |
| Ysidec | 146 |
| AHouse To Be | 157 |
| AtelierVibe | 158 |
| BlueWave Swim | 161 |
| CraftedYou | 165 |
| Creat Curtains | 166 |
| Custom Charm | 167 |
| GiftsByDesign | 175 |
| GiftTee | 176 |
| HearthThreads | 180 |
| Homey Mat | 184 |
| LoomTales | 196 |
| RFHBP local | 202 |
| Stitchify | 205 |
| StitchMuse | 206 |

2

| | |
|---|---|
| UniqueBlend | 216 |
| VividNest | 217 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Date: November 20, 2025

Respectfully submitted,

By: /s/ Keaton Smith
Keaton Smith IL #6347736
Shengmao (Sam) Mu NY #5707021
Abby Neu IL #6327370
Michael Mitchell IL #6324363
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (872) 294-3799
Email: ksmith@whitewoodlaw.com

*Counsel for Plaintiff*